Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
rick@rickdalton.law
Tel. (337) 371-0375

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | | |
|---|---|---|
| KELLY M. PATTERSON AND NICHOLAS F. PATTERSON | § § § § § § § § § § § § | CIVIL ACTION NO: 5:23-cv-00541-RGK-MRW |
| *Plaintiffs* | | |
| v. | | |
| JAYCO, INC. AND RICHARDSONS' R.V. CENTERS, INC. | | |
| *Defendants* | | JURY TRIAL REQUESTED |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES COURT:

   Plaintiffs, **KELLY M. PATTERSON AND NICHOLAS F. PATTERSON**, and Defendants, **JAYCO, INC. AND   RICHARDSONS' R.V. CENTERS, INC.**, have reached a settlement in this matter.  Plaintiffs and Defendants  will submit an agreed motion of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED:

BY: /s/ *Richard C. Dalton*

Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
rick@rickdalton.law
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 9, 2023, I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand, delivery, facsimile transmission, or by mailing same by United States mail properly addressed, and first class postage prepaid.

_____*Richard C. Dalton*_____
RICHARD C. DALTON